AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AKEEM JAMAL EDWARDS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:20-cv-141
(Formerly 4:13-cr-114)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 20, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court, and the Government's motion to dismiss is granted. Additionally, Edwards is denied a Certificate of Appealability and is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

October 23, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020